**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

**IN RE**

**Janelle Patrice Thrower**                                          **CASE NO. 17-21166**

**DEBTOR(S)**

**ORDER**

A Chapter 7 Voluntary Petition  [ECF No. 1] having been filed on September 6, 2017, the Court finds that said document is deficient for the following reasons:

Question 15 not accompanied by appropriate documentation for determination by the court

The Debtor(s) is ordered to correct the deficiencies within 14 days from the date of this Order unless the Court for cause shown extends the period.  Failure to comply with this Order may result in the dismissal of this case, or the withholding of the discharge of the Debtor(s) without further notice or hearing.  This does not limit any party in interest from seeking contempt sanctions, dismissal of the case, or any other remedy for failure to comply with this Order.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, September 06, 2017**
**(lmu)**